AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

APR 2 5 2015

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony Rey GUAJARDO<br>United States Citizen<br>YOB: 1994 | ) ) ) ) ) | Case No. M-15-0639-M |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 26, 2015** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally possess with the intent to distribute a controlled substance/approximately 74.88 kilograms of marijuana, a schedule I controlled substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:
See "Attachment A"

☑ Continued on the attached sheet.

4/27/15

Approved by David A. Lindenmuth

Sworn to before me and signed in my presence.

Complainant's signature

Derek Lacina Special Agent
*Printed name and title*

Date: 04/27/2015  8:37 am

City and state: McAllen, TX

Judge's signature

Peter Ornsby
~~Dorina Ramos~~, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On April 26, 2015, Anthony GUAJARDO attempted to make entry into the United States from Mexico through the Progreso POE driving a Chevrolet pickup truck bearing Texas license plate FRP0679. During an inspection of the vehicle, Customs and Border Protection Officers (CBPOs) discovered approximately 74.88 kgs of marijuana concealed in a non-factory made compartment under the bed of the pickup truck. A Homeland Security Investigation (HSI), Special Agent (SA) subsequently arrived at the Progreso POE to interview GUAJARDO. GUAJARDO was given a copy of his Statement of Rights and he voluntarily stated that he knew he was smuggling marijuana into the U.S. He further stated that this was the second time that he smuggled marijuana into the U.S. driving this same vehicle. On the previous occasion, he purchased the marijuana from unknown individuals in Mexico and then smuggled the marijuana into the U.S. He then sold the marijuana to local dealers in Lyford, TX and used a portion of it for personal use. Today he was planning to smuggle the marijuana into the U.S. and sell the marijuana to local dealers and also use a portion of the drugs for personal use.